USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J.V. AN INFANT BY HIS FATHER AND
NATURAL GUARDIAN, MIGUEL VASQUEZ-
CASTRO AND MIGUEL VASQUEZ-CASTRO,
INDIVIDUALLY,

                Plaintiffs,

          -against-

ACER AMERICA CORPORATION, MICRO
ELECTRONICS, INC., MICRO CENTER, INC.,
AND WISTRON INFOCOMM TECHNOLOGY
CORPORATION,

                Defendants.
-----------------------------------------------------------------X

19-CV-804 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on January 10, 2020, the parties appeared for a pretrial conference with the undersigned;

    IT IS HEREBY ORDERED that the Court grants Defendants permission to implead Panasonic Energy. If Defendants implead, they must do so by **January 17, 2020**.

    IT IS FURTHER ORDERED that a status conference is tentatively scheduled for **February 7, 2020, at 10:00 a.m.** if Defendants implead Panasonic Energy, and a joint letter outlining whether discovery based on the impleader is necessary is due no later than **January 30, 2020**.

    IT IS FURTHER ORDERED that fact discovery is extended to **February 7, 2020**, and expert discovery is extended to **May 30, 2020**. If Defendants do not implead Panasonic Energy, then a status conference is tentatively scheduled for **June 5, 2020, at 10:00 a.m.**, and the parties'

joint letter discussing *Daubert* motions, summary judgment, trial, and any outstanding issues is due no later than **May 28, 2020**.

The parties are reminded that the Court is happy to refer the case to Magistrate Judge Cott for a settlement conference upon request.

**SO ORDERED.**

Date: **January 10, 2020**
**New York, New York**

**VALERIE CAPRONI
United States District Judge**