

**MEMO ENDORSED**

DANIEL A. DORFMAN
Associate

Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Direct: (212) 613-2075
Fax: (212) 554-9657
ddorfman@gibbonslaw.com

February 3, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/4/2020__

**VIA ECF**

Hon. Valerie E. Caproni, U.S.D.J.
United States District Court, Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:    *J.V. et al v. Acer America Corporation, et al.*
               Status Conference Adjournment Request
      Case No.:    1:19-cv-00804-VEC

Dear Judge Caproni:

      This office represents Defendants Acer America Corporation ("Acer'), Micro Electronics Inc., and Micro Center, Inc. in the above-referenced product liability lawsuit. Please allow this correspondence to serve as the parties request to adjourn the status conference tentatively scheduled for Friday, February 7. As Your Honor is aware, Acer has filed a third-party complaint in this matter impleading Panasonic. It is expected the service on the Taiwanese entity will take at least several months. At such time as Panasonic is successfully served, the parties will inform Your Honor and request a status conference so that the remaining discovery schedule can be addressed.

      We thank the Court for its time and consideration. Should Your Honor have any questions we would be happy to address same at the Court's convenience.

Respectfully submitted,

*Daniel Dorfman*

Daniel A. Dorfman

cc:
Neil Zirlin, Esq.
Thomas DeMicco, Esq.
Sun Ah (Michelle) Park, Esq.

---

Application GRANTED. The status conference scheduled for February 7, 2020, is adjourned *sine die*. In the Parties' joint status letter regarding discovery, they must also include information regarding the status of service of Panasonic and whether Panasonic has agreed to waive formal service.

SO ORDERED.

*Valerie Caproni*
2/4/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2779464.1 000505-92524