```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
J.V. AN INFANT BY HIS FATHER AND                              :
NATURAL GUARDIAN, MIGUEL VASQUEZ-                             :
CASTRO AND MIGUEL VASQUEZ-CASTRO,                             :
INDIVIDUALLY,                                                 :
                                                              :
                                                              :     19-CV-804 (VEC)
                              Plaintiffs,                     :
                                                              :     ORDER
                -against-                                     :
                                                              :
                                                              :
ACER AMERICA CORPORATION, MICRO                               :
ELECTRONICS, INC., MICRO CENTER, INC.,                        :
WISTRON INFOCOMM TECHNOLOGY                                   :
CORPORATION, AND PANASONIC                                    :
INDUSTRIAL SALES TAIWAN CO., LTD.,                            :
                                                              :
                              Defendants.                     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 31, 2020, the Court adjourned the conference scheduled for September 4, 2020, until November 6, 2020 (Dkt. 76);

IT IS HEREBY ORDERED that the conference will be held as a teleconference on **November 6, 2020, at 11:00 a.m.**  The parties may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 0804#.

**SO ORDERED.**

**Date:  November 2, 2020**                          _____
**       New York, New York**                        **VALERIE CAPRONI**
                                                     **United States District Judge**